Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| (Not same cut but 6) <br> MATthew Vigeant SR <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Joe STalin AKA RAY Vigeant <br> X Alias A.D.D.I <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 18CV40200TSH <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.   The Parties to This Complaint

   A.   The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Matthew Vigeant
   Street Address: 1 Meade St unit 3
   City and County: Worcster MASS
   State and Zip Code: 01610
   Telephone Number: 857 333 1069
   E-mail Address:

   B.   The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: Joe Stalin AKA Raymond Vigeant SR.
- Job or Title (if known): Not known Organized Crime
- Street Address: 74 Nellie rd
- City and County: New bedford
- State and Zip Code: MA 02740
- Telephone Number: 339 223 0024
- E-mail Address (if known): Raymond_Vigeant at uml.edh - Note, state email important for future evidently Adjusted

Defendant No. 2
- Name: Vladimir Putin
- Job or Title (if known): Def 1 Brother President of Russia
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: * Both Subjects Multiple Alias Will Provide at Judges Requests
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: US of America
- Job or Title (if known): DOD
- Street Address: K Street
- City and County: Washington DC USA
- State and Zip Code: Washington DC Pentagon
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

\* Sex TRAFFICking of Matthew Vigeant - Not Name granted at birth

\* Civil Rights Violations

Kidnapping of Child whom was son of Royal Family (EU)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Joe STAINS (AKA) RAYMOND Vigeant, is a citizen of the State of *(name)* Not known claimed he was deceased!

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* DOD_____, is incorporated under the laws of the State of *(name)* All States AND Territories, and has its principal place of business in the State of *(name)*

   Washington DC.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual (Note: Not Name given by Parent per

   U.S. Intel Services. The defendant, *(name)* Matthew J Vigeant_____, is a citizen of the State of *(name)* Should be a citizen of UK. Or is a citizen of *(foreign nation)* was Kidnapped at early age 2-3 latest

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

The action taken under law is a capital offense covered under Hag convention.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Matthew Vigeant is before aware of my Abduction at the age of or around 5yrs old, was repeatedly sex trafficked; Injections w Drugs not approved by a gout, for testifying purposes, sex assaulted raped sodomized repeatedly. Use of chemical agent not inhaled sleeping gas; hypnotic anesthetic gas, Need expert to give proper and exact factual names as I do not know the names of other agents used at this time however am aware of them.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A) Emergency Hearing to contact Head of EU/Embassy or Consulate to help with very serious matters.

B) Asking court for order of protection for self and 2 children which was told by agent is covered under only ~~security~~ whom is part of but I would called N Atocs but covered under Hag convention

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov 29, 2018 USA

Not Name given Gibbeth,
Signature of Plaintiff   Matthew Wyeart-Matthew I Should not try I am aware
Printed Name of Plaintiff   Matthew Wyndson

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____